

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00003-CR

| | | |
|---|---|---|
| Jocelyn Hernandez | § | From 97th District Court |
| | § | of Montague County (2015-0127M-CR) |
| | § | |
| v. | § | March 3, 2016 |
| | § | Opinion by Justice Walker |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Sue Walker_____
    Justice Sue Walker